# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Santiago, Special Agent with Homeland Security Investigations, hereinafter referred to as HSI, being duly sworn, depose and state as follows:

## INTRODUCTION

1. The information contained in this affidavit is based upon my personal observations and knowledge, my conversations with other law enforcement officers and their recollections, and my review of relevant reports.

2. I am employed as a Special Agent (SA) by the Homeland Security Investigations (HSI), United States Department of Homeland Security, and have been since May 15, 2025, date in which I graduated from the Federal Law Enforcement Training Center located in Glynco, Georgia. My training includes college internship experience with HSI as a Pathways Program Student Trainee, the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training (HSISAT), among others. The affiant has received training and has participated in criminal investigations, including investigations relating to narcotics smuggling, human smuggling and trafficking, firearms violations, gang activities, and child pornography investigations, among others. On December 2023, I earned my bachelor's degree majoring in Criminal Justice – Criminal Investigations from the Interamerican University of Puerto Rico. On February 2024, I earned my Associate of Applied Science on Intelligence Operations Studies from Cochise College, Arizona.

3. In addition, I have had conversations and worked alongside other experienced local, state and federal law enforcement officers, as well as state and federal prosecuting attorneys concerning violations of firearms and narcotics laws.

4. Your affiant is an "an investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510 (7). Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C. § 2516.

5. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or oversee their development. I have drafted this affidavit for the limited purpose of establishing that there's probable cause to believe that Oscar Antonio AYALA, hereinafter, AYALA, violated title 18 U.S.C. § 922(o) – Knowing Possession of a machine gun.

-INTENTIONALLY LEFT BLANK-

**FACTS IN SUPPORT OF PROBABLE CAUSE**

6. On September 5, 2026, at approximately 12:00 AM, officers of the Puerto Rico Police Bureau (PRPB) Mayaguez Command, had conducted a preventive drive-by in marked police vehicles after receiving a police complaint (2026-5-050-09917), in which an anonymous caller reported three (3) individuals in black clothing armed with firearms, walking near Building (BLD) 11 at the Manuel Hernandez (Candelaria) Public Housing Project (PHP). A source of information provided details which indicated the individuals were in apartment (APT) 97 of BLD 11 at the Candelaria PHP. PRPB officers along with officers from the Mayaguez Municipal Police had driven to the parking lot near BLD 11 at the Candelaria PHP to investigate and corroborate the information that led to APT 97 as a location of interest related to the police complaint.

7. Officers arrived in the marked police vehicles, stepped out and walked towards BLD 11 to APT 97 while maintaining perimeter security for officer and civilian safety. As the officers from both the PRPB and Mayaguez Municipal Police walked towards the stairwell entrance leading to APT 97, an officer from the Mayaguez Municipal Police saw a single subject, later identified as Oscar Antonio AYALA ("AYALA"), wearing black clothes running up the stairwell to the third floor. The municipal officer saw the subject through the spaces between the concrete columns of the stairwell architecture of BLD 11. Officers started going up the stairwell in pursuit of AYALA and they came face to face with AYALA on the second floor, who was returning from the third floor.

8. Officers detained AYALA due to the facts and circumstances involving AYALA's flight from the area being investigated and a match to the clothing description in the police complaint. The officers brought AYALA downstairs near the entrance to the stairwell on the first floor and proceeded to clear the rest of the stairwell up to the third floor for safety reasons.

9. When officers reached the third floor, they found one (1) black Glock pistol, model 22, caliber .40mm, bearing serial number VGL081, one (1) black Glock pistol, model 23, caliber .40mm bearing serial number BKR2447, one (1) Taurus pistol, model GX2, Caliber .9mm, bearing serial number AGL572293, four (4) magazines loaded with ammunition, and one (1) Cobra brand radio scanner with FCC ID: BBORX680, wrapped in a tan colored Reebok brand hoodie jacket. Officers then arrested AYALA at approximately 1:00AM, who is 23 years of age, and a resident of the San Martin PHP in San Juan, PR. Officers seized the firearms, magazines, ammunition, radio scanner and jacket as evidence.

10. Based on their training and years of experience, the officers who inspected the Glock pistol, model 22 with serial number VGL081, and the Glock pistol, model 23 with serial number BKR2447 determined that both firearms had been modified to function as machineguns.

11. The following are pictures of what was seized:








The items seized and depicted on the pictures above are the following:

- One (1) Glock pistol model 22 Caliber .40 with serial number VGL081, with a visible machinegun conversion device,

- One (1) Glock pistol model 23 Caliber .40 with serial number BKR2447, with a visible machinegun conversion device,
- One (1) Taurus pistol model GX2 Caliber .9mm with serial number AGL572293,
- Two (2) .9mm magazines,
- Four (4) .40mm magazines (two are extended),
- One (1) Cobra brand radio scanner,
- Twenty-one (21) total rounds of caliber .9mm ammunition,
- Sixty-four (64) total rounds of caliber .40mm ammunition,
- One (1) caliber .9mm bullet casing, and
- One (1) tan colored Reebok brand hoodie jacket.

12. The pictures below are of the seized Glock pistol model 22 Caliber .40 with serial number VGL081, with a visible machinegun conversion device:

-INTENTIONALLY LEFT BLANK-





13. The pictures below are of the seized Glock pistol model 23 Caliber .40 with serial number BKR2447, with a visible machinegun conversion device:








14. On September 5, 2026, at approximately 3:00PM, PRPB officers conducted an interview of AYALA after advising him of his constitutional rights, at the PRPB Mayaguez Command Precinct. AYALA understood and voluntarily signed to waive his constitutional rights and speak with PRPB officers. AYALA stated to the officers that he wanted to cooperate. AYALA decided to provide a written statement, to which PRPB officers gave AYALA the time he needed to write a statement. AYALA concluded by writing his statement at approximately 3:21PM. AYALA, by written statement, declared that he is the owner of the firearms seized and that he brought them from Carolina, PR.

15. At approximately 3:33PM, HSI SA Christopher Santiago, HSI Task Force Officer Sergeant Armando Gonzalez, PRPB Lieutenant Luis Matias, PRPB Officer Morales Caro, and PRPB Strike Force Officer Manuel Ruiz Alcon conducted an interview of AYALA after this affiant introduced himself and re-advised him of his constitutional rights at the PRPB Mayaguez Command Precinct.

16. The following statements in this paragraph are a summary of what was said by AYALA and not an entire account of the conversation. During the interview, when shown pictures of the display of the seized firearms, magazines, and ammunition, AYALA stated he had bought the firearms himself and mentioned the approximate prices he had paid. AYALA stated that the two Glocks were modified with a chip for the capability to fire automatically and described them as automatic. AYALA stated he had wrapped the firearms and seized objects in a tan colored jacket and left everything on the third story floor when officers detained him at the BLD 11 stairwell of Candelaria PHP.

17. During the interview AYALA confessed to having utilized the firearms before. The second interview ended at approximately 4:34PM.

18. Police record checks on the seized Taurus brand firearm with serial number AGL572293, showed the firearm was reported stolen on August 21, 2026.

19. The evidence seized of AYALA, namely: Glock pistol model 22 Caliber .40 with serial number VGL081, with a visible machinegun conversion device, Glock pistol model 23 Caliber .40 with serial number BKR2447, with a visible machinegun conversion device, two (2) .9mm magazines, four (4) .40mm magazines (two are extended), twenty-one (21) rounds of caliber .9mm ammunition, sixty-four (64) rounds of .40mm ammunition, tan colored Reebok brand hoodie jacket, to include

his admittance and identification of the firearms that were modified with a machinegun conversion device, points to the conclusion that AYALA knows about weapons, and therefore knew that the weapon had the characteristics to make it machinegun. In this case a visible Machinegun Conversion Device, that indicates the weapon ability to fire automatically more than one shot, without manual reloading, by a single function of the trigger.

a Through a visual examination of the Glock 22 pistol bearing serial number VGL081 seized, and Glock 23 pistol bearing serial number BKR2447, PRPB agents were able to determine that the firearms were modified with a machinegun conversion device.

b Additionally, during my examination of the firearm via visual examination, I observed that the firearm had been modified with a device that, based on my training and experience, enables the firearm to function as a fully automatic weapon. The device modifies the firearm so that it is capable of expelling more than one round of ammunition with a single function of the trigger. The modification is readily observable to anyone who loads, unloads, charges, cleans, or disassembles the firearm due to the obvious color contrast of the device and the conspicuous damage to the firearm surrounding the area of the modification.

c The investigation revealed that no firearms and ammunition, including the type described above, are manufactured in the Commonwealth of Puerto Rico. Therefore, the investigation

concluded that these firearms and ammunitions were shipped or transported in interstate or foreign commerce.

20. Based on the above facts, the undersigned affiant believes there is probable cause to charge AYALA with violating the Federal Firearms laws, to wit: Title 18 United States Code, Section 922(o) - Possession of a machinegun.

21. I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

CHRISTOPHER N SANTIAGO APONTE
Digitally signed by CHRISTOPHER N SANTIAGO APONTE
Date: 2026.09.06 12:11:10 -04'00'

Christopher Santiago
Special Agent
Homeland Security Investigations

SWORN AND SUBSCRIBED pursuant to FRCP 4.1 at 12:48pm by telephone this 6th th day of September 2026, in San Juan, Puerto Rico.

Hon. Mariana Bauzá-Almonte
United States Magistrate Judge
District of Puerto Rico